UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 23-CR-348 (JDB) |
| v. | : | |
| TYSHEED TUCKER, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

The government respectfully submits the information and proffered statement of offense below in support of Defendant Tysheed Tucker's plea of guilty to Count One of the Superseding Information: Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams or More of a Mixture Containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide, also known as Fentanyl, in violation of 18 U.S.C. §§ 846 and 841(b)(1)(B)(vi).

### I.  Maximum Penalties

Count One of the Superseding Information

A violation of 18 U.S.C. §§ 846 and 841(b)(1)(B)(vi) carries a mandatory minimum sentence of 60 months' (5 years) of imprisonment and a maximum sentence of 40 years of imprisonment; a fine not to exceed the greater of that authorized in accordance with the provisions of Title 18 or $5,000,000.00; a term of supervised release of at least four 4 years, pursuant to 21 U.S.C. § 841(b)(1)(B)(vi), and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

### II.  Elements of the Offense

**Count 1:**	21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute a Mixture or Substance Containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide, also known as Fentanyl

The essential elements of the offense of conspiracy to distribute and possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 846, each of which the Government must prove beyond a reasonable doubt, are:

1. That an agreement existed between two or more persons to commit the crimes of distribution and possession with the intent to distribute a controlled substance;

2. That the defendant intentionally joined that agreement; and

3. That the defendant knew the purpose of the agreement was to distribute and possess with intent to distribute a controlled substance.

The law makes N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide, also known as Fentanyl, a controlled substance.

The essential elements of the underlying offense of possession with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B)(vi), each of which the Government must prove beyond a reasonable doubt, are:

1. That the defendant possessed 40 grams or more of Fentanyl,

2. That the defendant did so knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently; and

3. That when the defendant possessed the Fentanyl, the defendant had the specific intent to distribute it.

**III.   Brief Statement of Facts**

The following proffer of evidence is intended to provide the necessary factual predicate for the guilty plea in this case, rather than a complete statement of all the facts known by the parties. The government and the defendant, Tysheed Tucker, agree and stipulate as follows:

On January 22, 2023, Mr. Tucker drove a 2010 Audi and picked up Witness-1 in the District of Columbia. At some point on January 22, 2023, Witness-1 suffered a gunshot wound to his foot. Mr. Tucker then drove to an apartment on Kenilworth Avenue, Northeast, in Washington D.C., where medical personnel were called provide medical assistance for Witness-1's gunshot wound.

Members of the Metropolitan Police Department ("MPD") arrived in response to the call and Mr. Tucker, Witness-1, and Witness-2 were present inside of the apartment. Mr. Tucker was in possession of a backpack that was subsequently searched, revealing approximately 2.5 pounds of marijuana. Mr. Tucker's vehicle was searched, which revealed an American Tactical MilSport 300 Blackout firearm with serial number MSA064332 in the backseat, three (3) 10-millimeter pistol magazines along with forty-three (43) rounds of ten millimeter ammunition in the glove compartment, one empty .300 blackout caliber shell casing labeled "GFL 300 BLK," blood splatter on the floor of the passenger seat, a bullet hole by the front passenger glove compartment where the blood splatter was found, identification card belonging to Mr. Tucker, and an MCK Micro Conversion Kit inside the trunk of the car. DNA testing for Mr. Tucker and Witness-1 tied both individuals to the 300 Blackout firearm. No magazine or ammunition for the 300 Blackout firearm was recovered from the vehicle.

During a search of Mr. Tucker's person incident to arrest, ninety-nine (99) blue pills, weighing around ten (10) grams, stamped with "M" and "30" ("M30") containing fentanyl were recovered from his front right pocket, separated into two separate plastic bags. In addition, a cell phone was recovered from his back right pocket, a scale was recovered from his back left pocket, and $755.00 in multiple denominations were recovered from his front right and left pockets.

Mr. Tucker agrees that beginning around August 1, 2022 and continuing until his arrest on January 22, 2023, Mr. Tucker distributed and possessed with intent to distribute counterfeit prescription pills that contained fentanyl, while he was in the District of Columbia. At least some of these counterfeit prescription pills are M30 pills.

During this time period, Mr. Tucker would use his Instagram account *200_bagss* to advertise counterfeit prescription pills containing fentanyl, marijuana, and promethazine syrup to his

customers. By way of text message, Mr. Tucker and Co-Conspirator-1 acted in furtherance of the conspiracy by coordinating large purchases of counterfeit pills containing fentanyl. During this time period, Co-Conspirator-1 was arrested while in possession of counterfeit M30 pills containing fentanyl. Mr. Tucker acknowledges that he and Co-Conspirator-1 had an agreement to distribute and possess with intent to distribute at least 957 counterfeit M30 pills containing fentanyl, weighing around 105 grams.

Mr. Tucker acknowledges that he could not truthfully testify that any of the information contained in the Superseding Information, is false.

## DEFENDANT'S ACKNOWLEDGEMENT

I, Tysheed Tucker, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of the offense fully.

Date: 5/7/24

Tysheed Tucker
Defendant

## ATTORNEY'S ACKNOWLEDGEMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 5/7/24

Heather Shaner
Attorney for the Defendant